UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS GRIFFIN,<br>aka "T-Baby,"<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Distribution of Cocaine and Fentanyl)

On or about February 23, 2023, in the Southern District of Ohio, the defendant, **THOMAS GRIFFIN aka "T-Baby",** did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

<u>COUNT TWO</u>
(Distribution of Cocaine and Fentanyl)

On or about March 8, 2023, in the Southern District of Ohio, the defendant, **THOMAS GRIFFIN aka "T-Baby",** did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a

1

mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT THREE
(Distribution of Methamphetamine)

On or about March 23, 2023, in the Southern District of Ohio, the defendant, **THOMAS GRIFFIN aka "T-Baby",** did knowingly, intentionally, and unlawfully distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).**

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

**KENNETH L. PARKER**
**United States Attorney**

_____
**NICOLE PAKIZ**
**Assistant United States Attorney**

2